# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **ABDIRAHMAN ELMI ABDI,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | **4:17-cv-00083-AKK-SGC** |
| **TODD ENTREKIN, Sheriff of** ) | |
| **Etowah County,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed February 13, 2017. Doc. 5. In the motion, Respondents note Petitioner was removed from the United States on January 24, 2017. *Id.* at 1; *see also* doc. 5-1 at 1. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 21st day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE